UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BETTY JUERGENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09CV1920 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration. The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On December 17, 2010, Judge Mummert filed his recommendation that the decision of the Commissioner be affirmed and that the case be dismissed. No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended ruling noted in the Report and Recommendation of December 17, 2010 and will affirm the decision of the Commissioner and dismiss the case.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated December 17, 2010 [#22] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and the case is dismissed.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

                                              RODNEY W. SIPPEL
                                              UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2011.